**Opinion issued November 10, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00792-CV

———————————

## IN THE INTEREST OF C.C.F., A.L.F., D.P.F., E.E.F., B.E.H., JR., R.F.B.

---

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-01773J**

---

## MEMORANDUM OPINION

On September 15, 2015, appellant, B.H., filed a notice of appeal from an as-yet-unsigned final decree, and the appeal was assigned to this Court under our appellate number 01-15-00792-CV. On October 26, 2015, B.H. (or B.E.H. or E.H.B.) filed a notice of appeal in an already-existing second appeal, arising from the same trial court cause, under appellate cause number 01-15-00803-CV. In his

notice of appeal filed on October 26, 2015, appellant, B.E.H. or E.H.B., stated he was appealing from the October 6, 2015 "Final Order Modifying Prior Orders and Decree for Termination." Both appeals are from a final judgment signed in trial court cause number 2014-01773J and both include notices of appeal filed by appellant, B.H. (or B.E.H. or E.H.B.).

Accordingly, we consolidate the two appeals, 01-15-00792-CV and 01-15-00803-CV. Any records and documents filed in cause number 01-15-00792-CV are consolidated into cause number 01-15-00803-CV. The consolidated appeal shall proceed under appellate cause number 01-15-00803-CV. Cause number 01-15-00792-CV is dismissed. *See BBG Group, L.L.C. v. MBI Global, L.L.C.*, No. 14-12-00247-CV, 2012 WL 3241557, at *1 (Tex. App.—Houston [14th Dist.] Aug. 9, 2012, no pet.) (mem. op.) (consolidating appeals from same judgment into one appellate cause and dismissing other appellate cause); *Livingston v. Arrington*, No. 03-11-00197-CV, 2011 WL 2297705, at *1 (Tex. App.—Austin June 10, 2011, no pet.) (mem. op.) (same). Briefing will proceed under the briefing deadlines in cause number 01-15-00803-CV. *See* TEX. R. APP. P. 38.6.

**PER CURIAM**

Panel consists of Justices Higley, Huddle, and Lloyd.

2